IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FREDRICK BURNS,

Defendant.

**8:22CR272**

**ORDER**

This matter is before the Court on Defendant's UNOPPOSED MOTION TO EXTEND PRETRIAL MOTION DEADLINE [20]. The Court notes that a jury trial as to this defendant is set for February 28, 2023, before Chief District Judge Robert F. Rossiter, Jr. However, for good cause shown, I find that the motion should be granted. Defendant will be given an approximate sixty (60) day extension. Leave is given to file pretrial motions on or before March 28, 2023. Accordingly,

**IT IS ORDERED:**

1. Defendant's UNOPPOSED MOTION TO EXTEND PRETRIAL MOTION DEADLINE [20] is granted. Pretrial motions shall be filed on or before March 28, 2023.

2. Defendant's jury trial scheduled for February 28, 2023, is cancelled, and shall be rescheduled upon the expiration of the March 28, 2023, pretrial motion filing deadline.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between January 17, 2023, and March 28, 2023, shall be deemed excludable time in any computation of time under the requirement of the Speedy

Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

Dated this 27th day of January, 2023.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge