IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FREDRICK BURNS,<br><br>Defendant. | **8:22CR272**<br><br>**ORDER ON PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE** |

The defendant appeared before the Court on January 2, 2025 regarding Petition for Action on Conditions of Pretrial Release [104]. Cheryl Kessell and Yvonne Sosa represented the defendant. Kimberly Bunjer represented the government. The defendant was advised of the alleged violation(s) of pretrial release, the possible sanctions for violation of a release condition, and the right to a hearing in accordance with the Bail Reform Act. 18 U.S.C. § 3148.

The defendant denied violating release condition (k). The defendant requested a continuance which was granted. A disposition and detention hearing is scheduled before Magistrate Judge Michael D. Nelson in Courtroom 6, 2nd Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE, on Wednesday, January 8, 2025 at 2:00 p.m.

**IT IS SO ORDERED**.

Dated this 2nd day of January, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge