IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDRICK BURNS,<br><br>Defendant. | **8:22CR272**<br><br>**FINAL ORDER**<br>**OF FORFEITURE** |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 69).   The Court has carefully reviewed the record in this case and finds as follows:

1.      On June 21, 2024, the Court entered a Preliminary Order of Forfeiture (Filing No. 66) forfeiting defendant Fredrick Burns's interest in $4,500 in United States currency seized from 3820 South 24th Street, #2, Omaha, Nebraska, on or about July 11, 2022.

2.      Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty-consecutive days, beginning on June 25, 2024, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure.   A Declaration of Publication was filed herein on August 27, 2024 (Filing No. 68).

3.      The government has advised the Court that no petitions have been filed.   A review of the record supports that assertion.

4.      The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1.    The government's Motion for Final Order of Forfeiture (Filing No. 69) is granted.

2.    All right, title and interest in and to the $4,500 in United States currency seized from 3820 South 24th Street, #2, Omaha, Nebraska, on or about July 11, 2022, held by any person or entity are forever barred and foreclosed.

3.    The $4,500 in United States currency is forfeited to the government.

4.    The government is directed to dispose of that currency in accordance with the law.

Dated this 10th day of February 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge